

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-19-00647-CR

Reynaldo **POLENDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-9032
Honorable Jefferson Moore, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Amended Brief is hereby GRANTED. The appellant's amended brief is deemed filed.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court